# SCHEDULE A

## (Redacted Subject to Motion to File Under Seal)