# EXHIBIT 3

## (Redacted Subject to Motion to File Under Seal)