# EXHIBIT 1

**(Redacted Subject to Motion to File Under Seal)**