IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACOM CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, or UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendant. | **Case No.: 1:25-cv-014083**<br><br>**Judge Sunil R. Harjani**<br><br>**Magistrate Judge Gabriel A. Fuentes**<br><br>**JURY TRIAL DEMAND** |

### *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND EXPEDITED DISCOVERY

Pursuant to Federal Rules of Civil Procedure 65(b)(1)(A), Wacom Co., Ltd. ("Plaintiff"), respectfully moves this Court for an Order granting a Temporary Restraining Order including a Temporary Injunction and Expedited Discovery against the Individuals, Corporations, Limited Liability Companies, Partnerships, or Unincorporated Associates Identified on Schedule A to the Verified First Amended Complaint in an action arising out of 35 U.S.C. § 100 *et seq*.; 815 ILCS 505; and Illinois common law. A Memorandum of Law in Support of this motion is filed concurrently with this Motion. Unlike many other cases filed in this district which identify Defendants on a Schedule "A," this Motion does not include a request for an asset restraint.

1

DATED:  January 6, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Sameeul Haque
　　　　　　　　　　　　　　　　　　　　　Sameeul Haque
　　　　　　　　　　　　　　　　　　　　　Haque III Legal Practice, LLC
　　　　　　　　　　　　　　　　　　　　　205 N. Michigan Ave., Ste. 810
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　847.401.6113
　　　　　　　　　　　　　　　　　　　　　samee@h3lp.law

　　　　　　　　　　　　　　　　　　　　　Syed M. Abedi (pro hac vice forthcoming)
　　　　　　　　　　　　　　　　　　　　　Emily M. Ross (pro hac vice forthcoming)
　　　　　　　　　　　　　　　　　　　　　Seed Intellectual Property Law Group LLP
　　　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 5400
　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　　　　　　　　Tel.  206-622-4900
　　　　　　　　　　　　　　　　　　　　　SyedA@seedip.com
　　　　　　　　　　　　　　　　　　　　　Emily.Ross@seedip.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　　*Wacom Co., Ltd.*

#11271245