# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AJ'S NIFTY PRODUCTS,<br><br>        Plaintiff,<br><br>   v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, and<br>UNINCORPORATED ASSOCIATES<br>IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | **Case No.: 1:24-cv-02375**<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge M. David Weisman**<br><br>**JURY TRIAL DEMAND** |

## SEALED TEMPORARY RESTRAINING ORDER

Plaintiff AJ's Nifty Products ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Verified Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in its entirety.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

States, including Illinois, and have sold products infringing Plaintiff's federally registered patent, U.S. Patent No. 11,445,840 B1 ("Plaintiff's Patent") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products which infringe upon Plaintiff's Patent. *See* Docket No. [5-4], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois. A list of the Plaintiff's Asserted Patents is included in the below chart.

| Asserted Patent | Owner(s) by Assignment |
|---|---|
| U.S. Patent No. 11,445,840 B1 | AJ's Nifty Products |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Verified Complaint [5], ¶¶ 26, 32, and 34, and the Declaration of Nicholas S. Lee [13-1] in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. making, using, importing, offering for sale, or selling products that infringe upon Plaintiff's Patent, including the products described in the Verified Complaint and its accompanying exhibits and those available at or under the accused product URLs,

ASINs, and/or Product IDs listed in Schedule A to the Verified Complaint and attached hereto, and/or colorable imitations thereof, including any othe prodeucts which embody any of the Claims of Plaintiff's Patent, in any matter;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other product produced by Plaintiff, that is not Plaintiff 's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale that is protected under Plaintiff's Patent;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which embody any of the Claims of Plaintiff's Patent.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), Payonner Global, Inc. ("Payoneer"), and Walmart, Inc. ("Walmart"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon, PayPal, Payoneer, and Walmart (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Payoneer, and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of goods infringing upon Plaintiff's Patent.

6.  Any Third-Party Providers, including Amazon, PayPal, Payoneer, and Walmart, shall, within seven (7) calendar days of receipt of this Order:

a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Verified Complaint, and any e-mail addresses provided for Defendants by third parties; and

b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court or until the Order expires, whichever occurs earlier.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by sending an e-mail with the Verified Complaint, this Order, and other relevant documents to the e-mail addresses identified in Exhibit 3 to the Veriefied Complaint and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Individuals and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Plaintiff's unredacted Verified Complaint [5], Schedule A to the Verified Complaint [5-1], Exhibits 1 to the Verified Complaint [5-2], Exhibit 2 to the Verified Complaint [5-3], Exhibit 3 to the Verified Complaint [5-4], Exhibit 7 to the Verified Complaint [5-5], Amended Schedule A to the Verified Complaint [18], Amended Exhibit 3 to the Verified Complaint [18-1], Amended Exhibit 7 to the Verified Complaint [18-2], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such

damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 11:00 A.M. on this 30th day of April 2024 and shall remain in effect for fourteen (14) calendar days.

_____

Sharon Johnson Coleman
United States District Judge

7

## Schedule A

24-cv-02375

| Def. # | Merchant Alias | Merchant ID | Product IDs | Platform |
|---|---|---|---|---|
| 1 | PIPIXIA-US | AVSAZ21XZJGMM | B0B6VKJSJN | Amazon |
| 2 | FaYaCa US | A1EFP1VHW408HJ | B0CH1F29HT | Amazon |
| 3 | JWDX | 101523224 | 5285549517 | Walmart |
| 4 | DiManFeng Inc | 101220832 | 5106400957 | Walmart |
| 5 | Hanzidakd Clothing | 101206582 | 5216021080 | Walmart |
| 6 | Sunhillsgrace.Co. Ltd | 101225422 | 5356718685 5356768556 | Walmart |
| 7 | duohahaa | 101294110 | 5275926664 | Walmart |
| 8 | FNGZ | 101348753 | 5309872548 | Walmart |
| 9 | Zainafacai | 101517237 | 5434404034 | Walmart |
| 10 | Ywlanda | 101197760 | 5122368953 5127305445 5098639901 | Walmart |
| 11 | MK Trading Co. LTD | 101259816 | 5297648339 5238571470 | Walmart |

8

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABC CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 22-cv-04779 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge John J. Tharp, Jr. |
| | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff ABC Corporation filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that Plaintiff has provided a basis to conclude that Defendants have sold products bearing unauthorized copies of Plaintiff's federally registered copyright (the "SCHITT'S CREEK Copyrights"). A list of the SCHITT'S CREEK Copyrights is included in the below chart.

1

| REGISTRATION NUMBER | REGISTERED COPYRIGHT |
|---|---|
| VAu 1-379-926 | Rose Apothecary Handcrafted with Care Logo<br> |
| VAu 1-379-989 | Café Tropical Logo<br> |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declarations of Paul Varley and Martin Trainor in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. Accordingly, this Court orders that:

1.     Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.  using the SCHITT'S CREEK Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the SCHITT'S CREEK Copyrights;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SCHITT'S CREEK Copyrights;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the SCHITT'S CREEK Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2.     Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.      Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.      Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively,

the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the SCHITT'S CREEK Copyrights.

6.     Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.     Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties.  The Clerk of the Court is directed to issue a single original summons in the name of "Yiwu Custom Brand Commodity Co., Ltd. and all other Defendants identified in the Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9.      Plaintiff's Complaint (ECF No. 10) and Exhibit 1 thereto (ECF No. 2), Schedule A to the Complaint (ECF No. 3), Motion (ECF No. 11) and supporting memorandum, declarations, and exhibits thereto (ECF Nos. 12–13), Notice of Affiliates (ECF No. 4), and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10.     Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court thirty-nine thousand dollars ($39,000.00) ($1,000 per defendant), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12.     This Temporary Restraining Order without notice is entered at 10:30 A.M. on this 14th day of September 2022 and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed by September 25, 2022.


_John J. Tharp, Jr._
John J. Tharp, Jr.
United States District Judge


7

# Schedule A

| No. | Seller Alias | URL |
|-----|-------------|-----|
| 1 | Yiwu Custom Brand Commodity Co., Ltd. | https://custombrand.en.alibaba.com/minisiteentrance.html |
| 2 | Yiwu Juhui Clothing Co., Ltd. | https://juhui2020.en.alibaba.com/minisiteentrance.html |
| 3 | bettertee Store | https://www.aliexpress.com/store/1101652006 |
| 4 | Agifteria | https://www.amazon.com/sp?ie=UTF8&seller=ACEH5LM645PVY |
| 5 | ♥ SARUEYI Womens Clothing♥ | https://www.amazon.com/sp?ie=UTF8&seller=AKQ3UD64NCV40 |
| 6 | Aoang | https://www.amazon.com/sp?ie=UTF8&seller=A3HW7OSTU1RP02 |
| 7 | ASHBO | https://www.amazon.com/sp?ie=UTF8&seller=A1WMKFTHD0J2P |
| 8 | baoyti | https://www.amazon.com/sp?ie=UTF8&seller=A11LBOWZ16K9T6 |
| 9 | BUBOOM | https://www.amazon.com/sp?seller=ADQM2BFM7VWZX& |
| 10 | Daryi Direct | https://www.amazon.com/sp?ie=UTF8&seller=AL093IUWK85RN |
| 11 | dddCYJFDC | https://www.amazon.com/sp?ie=UTF8&seller=A3VZZE1EYN1BUI |
| 12 | GREFLYING Clothing | https://www.amazon.com/sp?seller=A1CUI6BYIW3KC2& |
| 13 | HEFEICUNANGSHANGMAOYOUXIANGONGSI | https://www.amazon.com/sp?ie=UTF8&seller=AUC48H39FKSKR |
| 14 | Inspire-T | https://www.amazon.com/sp?ie=UTF8&seller=A12I0UEEFI91YT |
| 15 | Krees Martt | https://www.amazon.com/sp?ie=UTF8&seller=A1BCGS9ZGX8W3T |
| 16 | naioewe | https://www.amazon.com/sp?ie=UTF8&seller=A30KMR0UF3KT2X |
| 17 | NGUYEN TU HIEN1 | https://www.amazon.com/sp?ie=UTF8&seller=A1CEVTFJWFJ7JO |
| 18 | PengYiMaxUS | https://www.amazon.com/sp?ie=UTF8&seller=AESB5N2P1R08H |

| 19 | Pottseth※Store※ | https://www.amazon.com/sp?ie=UTF8&seller=A35EMGQQ55LE66&asin=B092491JT9&ref_=dp_merchant_link |
| 20 | Raowenjie123 | https://www.amazon.com/sp?seller=A1TWF9C7E19VN6& |
| 21 | VILOVE FASHION | https://www.amazon.com/sp?ie=UTF8&seller=A1CF1S5C9QLDO3 |
| 22 | YUehswet | https://www.amazon.com/sp?ie=UTF8&seller=A20SWMJND7ADG3 |
| 23 | 白金明商贸行 | https://www.amazon.com/sp?ie=UTF8&seller=A2AJM5L1IEWVZM |
| 24 | anfunikeon2 | https://www.dhgate.com/store/21732133 |
| 25 | blessmeat2022 | https://www.dhgate.com/store/21756328 |
| 26 | hkenike6 | https://www.dhgate.com/store/21664974 |
| 27 | long004 | https://www.dhgate.com/store/21569434 |
| 28 | shanye04 | https://www.dhgate.com/store/21435149 |
| 29 | usforgetme2022 | https://www.dhgate.com/store/21756323 |
| 30 | Web 2 | https://www.dhgate.com/store/21651048 |
| 31 | Yiweidhgate | https://www.dhgate.com/store/21641889 |
| 32 | 71390-oesff | https://www.ebay.com/usr/71390-oesff |
| 33 | LoveFashionClothing | https://www.etsy.com/uk/shop/LoveFashionClothing |
| 34 | PrintableAREAUK | https://www.etsy.com/shop/PrintableAREAUK |
| 35 | StrawberryLayne | https://www.etsy.com/uk/shop/StrawberryLayne |
| 36 | SonShirt | https://sonshirt.com/ |
| 37 | Qianlan | https://www.walmart.com/seller/101080199 |
| 38 | Xiamen Shengu Trading.,Ltd | https://www.walmart.com/seller/101119090 |
| 39 | gaochenhui7010 | https://www.wish.com/merchant/60ff812a29c5890b47a966f3 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PEANUTS WORLDWIDE LLC,

,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

s.

Case No. 21-cv-03525

**Judge John J. Tharp, Jr.**

**Magistrate Judge Beth W. Jantz**

## SEALED TEMPORARY RESTRAINING ORDER

Plaintiff Peanuts Worldwide LLC ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (the "Seller Aliases"). After reviewing the Motions and the accompanying record, this Court GRANTS Plaintiff's Motions in part as follows.

This Court finds, in the absence of adversarial presentation, that Defendants have sold products bearing unauthorized copies of the Peanuts Copyrighted Designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "PEANUTS Trademarks"). A list of PEANUTS Trademarks is included in the below chart.

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009.<br><br>For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |

3

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Carrie J. Dumont [12], paragraphs 29–34, and the Declaration of Justin R. Gaudio [11], paragraphs 5–11, in support of the Motion for Temporary Restraining Order and accompanying evidence showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. using the PEANUTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peanuts product or not authorized by Plaintiff to be sold in connection with the PEANUTS Trademarks;

4

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peanuts Copyrighted Designs in any manner without the express authorization of Plaintiff;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Peanuts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs;

d. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Peanuts products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the PEANUTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peanuts Copyrighted Designs.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate

(collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon Plaintiff's request, those with notice of this Order, including Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in

connection with the sale of counterfeit and infringing goods using the PEANUTS Trademarks and/or which bear the Peanuts Copyrighted Designs.

4.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

5.  Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and by sending an e-mail to the e-mail addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 4 to the Declaration of Carrie J. Dumont [13], and this Order shall remain sealed until further ordered by this Court.

9. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court one hundred ninety-nine thousand dollars ($199,000.00; $1,000 per defendant), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

11. This Temporary Restraining Order without notice is entered at 4:30 P.M. on July 6, 2021, and shall remain in effect for fourteen (14) days. Any motion to extend this Order must be filed three business days prior to its expiration.

_____
John J. Tharp, Jr.
United States District Judge

**Peanuts Worldwide LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-03525**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Omala Store | 2 | KAWAII You Store |
| 3 | GHF Store | 4 | 100% cotton T-shirt 76 Store |
| 5 | Junxuan house | 6 | A10V89AGWCPTY9 |
| 7 | yiwuhanke | 8 | aidexiaowucom |
| 9 | INDUS RAIN | 10 | guangxibeihilijunjianzhuzhangshingchengyouxian |
| 11 | ChenSuo | 12 | xinyangshangmao |
| 13 | jiaozuoshiwanxuanwangluokejiyouxiangongsi | 14 | yiwushijiuhuidianzishangwuyouxiangongsi |
| 15 | Yimi Art Center | 16 | ADSZLXHJNFCU |
| 17 | SunburstStore | 18 | SACCEEN |
| 19 | YingJingKeJiJP | 20 | meidongmaizhu |
| 21 | WELCOME COMPANY LIMITED | 22 | YANANBT |
| 23 | Standard boutique | 24 | Luohexingbinshangmaoyouxianguosi |
| 25 | Best mobile phone shop | 26 | pengrumaoyi |
| 27 | honghui123 | 28 | shmilyh |
| 29 | gsazon | 30 | L.Phoenix |
| 31 | Global Grocery Store | 32 | Happy poster |
| 33 | hengxiangdianzi | 34 | PetrichorshStore |
| 35 | qingweixuanshiyeyouxiangongsi | 36 | juntaoshangpu |
| 37 | Amazn Boutique | 38 | Ccinuco |
| 39 | Amice-A | 40 | 3gazebopop |
| 41 | guangzhouwangrui | 42 | wain |
| 43 | yubinchenfly | 44 | shenzhenshichenhuikejiyouxiangongsi |
| 45 | 356xd701 | 46 | gedengshangmao |
| 47 | shandongjiru | 48 | misiwenhua |
| 49 | yangwu123 | 50 | xiangchengshiwenkangbaihuopu |
| 51 | yangxiuyundian | 52 | guhang64215 |
| 53 | COCO0908 | 54 | yangxiaoling-cn |
| 55 | qinxiangdianpu | 56 | YLFC |
| 57 | LuDan Textile Co,Ltd | 58 | Chengdu kehaoyi Advertising Co., Ltd |
| 59 | yuander | 60 | Taolela |
| 61 | Moon Fairy Shop | 62 | Peace&Love Shop |
| 63 | A2IOMKZRCNU1F0 | 64 | chentuoning |
| 65 | XIONGYIWANGLUO-JP | 66 | xfhbfd |
| 67 | HUTTY | 68 | shuotuoshangmao |
| 69 | yongshunwuzi | 70 | yaweijiandianzishangwu |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 71 | So cool gift | 72 | yangwu12345 |
| 73 | maoxianghudianpu | 74 | jiaozhoushijiangxinshipin dian |
| 75 | jinghexinchenggaijingwengbaihuodian | 76 | ihanjiangqulitaozhongwanriyo |
| 77 | MasonArts | 78 | yamubai |
| 79 | RQGPX | 80 | PuTianShiHanJiangQuMeiSongJiaoZiGuan |
| 81 | lixiangwei1 | 82 | shellystreet |
| 83 | Lucaks | 84 | Xinluoquwomengbaihuoshanghang |
| 85 | xiezanta | 86 | lianhuhuayuan9dong |
| 87 | A3DG9ATVD807JN | 88 | TIAN BING DIAN PU |
| 89 | xiamenhuitingmaoyiyouxiangongsi | 90 | LGQSTORE |
| 91 | Yuruichenran | 92 | AMZ-LIUD |
| 93 | DNVQBH | 94 | henanweiyiqiyeguanlizixunyouxiangongsi |
| 95 | YUTIANDI US | 96 | HangZhouHongHuiDianZiShangWuYouXianGongSi |
| 97 | DNWYALL | 98 | qitongshangmao |
| 99 | HNAWT | 100 | Chenlihong |
| 101 | Chloe Bronte | 102 | xianyoufanlingtingmaoyiyouxiangongsi |
| 103 | guangzhoushizengchengquhunershangmaoyouxiangongsi | 104 | AnkerG |
| 105 | HIHITAOO | 106 | Beatybeaty |
| 107 | bjingting | 108 | YFDN |
| 109 | Yuan Tai Co., Ltd.1 | 110 | binchengquzhoubintaoshengxianchaoshi |
| 111 | Good Day-1 | 112 | youxixianwenxiancaishangmaobu |
| 113 | MOQINO | 114 | taiYuanKuiDongDianZiShangWuJingYingBu |
| 115 | HaErBinShiDaoWaiQuJiaHaoLiangCheHui | 116 | LightLee |
| 117 | lixiaokj | 118 | jansss |
| 119 | ASB251BGZA08B | 120 | gaoshuhan |
| 121 | xiangchengshigeqinggebaihuopu | 122 | daqiangbaihuopu |
| 123 | shuaixinmaoyi | 124 | changandisha sheyinggongzuoshi |
| 125 | Shenyang Eric Nano Technology Co., Ltd. | 126 | frank001 |
| 127 | transmarket | 128 | lucky11xin |
| 129 | Lin19879 | 130 | purestudio |
| 131 | phonecase168 | 132 | onlyonesun |
| 133 | china_topstore_3 | 134 | topmaxstore2 |
| 135 | happydhgatestores | 136 | topseller0519 |
| 137 | xxopp | 138 | koouions |
| 139 | doorfoots | 140 | Aidhgates |
| 141 | underwearstore | 142 | yjh_019 |
| 143 | mydearthings | 144 | clothdhes |

11

| No. | Seller Aliases | | No. | Seller Aliases |
|-----|----------------|---|-----|----------------|
| 145 | topcasesell | | 146 | penggdhgates |
| 147 | sfe1012 | | 148 | kimo1012 |
| 149 | mcxf1012 | | 150 | blueriverflow |
| 151 | candice_store | | 152 | co-space |
| 153 | dream-earth8 | | 154 | galleonl16 |
| 155 | king201104 | | 156 | top-ydz-lamp |
| 157 | xgbn_store001 | | 158 | cheshiji-6 |
| 159 | seeksecond | | 160 | cute201010 |
| 161 | alljewelrysupplies | | 162 | smithforver Inc |
| 163 | hanjuxiaoming | | 164 | wangzhongli |
| 165 | fangqipu | | 166 | onxcxnmsdj |
| 167 | WalkerMcIntiren | | 168 | ladpoaw |
| 169 | Yanery Pants | | 170 | shenshuhong |
| 171 | chengxinti | | 172 | Johnny Shaw |
| 173 | tujixiao | | 174 | FuwoliaozoulC |
| 175 | Barry J. Littlejohn | | 176 | N Martin |
| 177 | Esthermgl | | 178 | Joanjp |
| 179 | Nicole Kennedy | | 180 | Franklin E Brown |
| 181 | Sofia Zucker | | 182 | ultluyejly |
| 183 | sotestxandy | | 184 | Kristinayyaa |
| 185 | MarshallMoorepYfEx | | 186 | angelinkirkman25000564 |
| 187 | Dhdgxgggggggchfgchfhghgf | | 188 | yanghuanxia22368 |
| 189 | x1d6c15 | | 190 | cbduer |
| 191 | yirenping147 | | 192 | Lixiumei1314 |
| 193 | chengningbo1457 | | 194 | wangxuefeng666 |
| 195 | yanqinya395646 | | 196 | yangliu66503 |
| 197 | yanruihao51161 | | 198 | chenxiujuan80061 |
| 199 | liuyunjuan66668888 | | | |

| No. | Online Marketplaces | | No. | Online Marketplaces |
|-----|---------------------|---|-----|---------------------|
| 1 | aliexpress.com/store/4282041 | | 2 | aliexpress.com/store/601133 |
| 3 | aliexpress.com/store/910336261 | | 4 | aliexpress.com/store/911835213 |
| 5 | amazon.com/sp?seller=A10DT3S4B053A4 | | 6 | amazon.com/sp?seller=A10V89AGWCPTY9 |
| 7 | amazon.com/sp?seller=A11427H9VU9ELG | | 8 | amazon.com/sp?seller=A11GS1HH8PC8GB |
| 9 | amazon.com/sp?seller=A11NEYHV0M5H77 | | 10 | amazon.com/sp?seller=A12EYST5E1MQTG |
| 11 | amazon.com/sp?seller=A12NASISCHBJGE | | 12 | amazon.com/sp?seller=A14MQ73LAEELIV |
| 13 | amazon.com/sp?seller=A14VFKS8F327LF | | 14 | amazon.com/sp?seller=A14Y2WD2XSCWPD |
| 15 | amazon.com/sp?seller=A1568YIC49Z8ZU | | 16 | amazon.com/sp?seller=A1583O4PCPG1B1 |

12

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 17 | amazon.com/sp?seller=A15OAJH2068X0O | 18 | amazon.com/sp?seller=A16AT66CPZ6QQL |
| 19 | amazon.com/sp?seller=A1AGPFPMN5G4QZ | 20 | amazon.com/sp?seller=A1ASZDZGRNT2F2 |
| 21 | amazon.com/sp?seller=A1ATE1IGEJ1SV5 | 22 | amazon.com/sp?seller=A1BFNRSNCL9HP9 |
| 23 | amazon.com/sp?seller=A1BKWIBJ60EL55 | 24 | amazon.com/sp?seller=A1C4C8EHVU6DIY |
| 25 | amazon.com/sp?seller=A1CZBPBYM7J85G | 26 | amazon.com/sp?seller=A1H8S6X4KFD944 |
| 27 | amazon.com/sp?seller=A1HKQQFJQ9JZSE | 28 | amazon.com/sp?seller=A1IF5UY9FGRLBQ |
| 29 | amazon.com/sp?seller=A1KYS7WVM5S8J0 | 30 | amazon.com/sp?seller=A1M8XQUKGQHY38 |
| 31 | amazon.com/sp?seller=A1NEST7DUXI9QN | 32 | amazon.com/sp?seller=A1OUTRPWWD56IC |
| 33 | amazon.com/sp?seller=A1PA5ROONGX0U | 34 | amazon.com/sp?seller=A1PLZHCO8E9ZZ9 |
| 35 | amazon.com/sp?seller=A1POKN5VDQJHYI | 36 | amazon.com/sp?seller=A1RV4ZU0PI063C |
| 37 | amazon.com/sp?seller=A1S7SQ80TC86PE | 38 | amazon.com/sp?seller=A1SHHOS9IJRYXW |
| 39 | amazon.com/sp?seller=A1SPDD0IJBU7WD | 40 | amazon.com/sp?seller=A1T5YJO94KWWZF |
| 41 | amazon.com/sp?seller=A1TY39SLOFYDGP | 42 | amazon.com/sp?seller=A1U239VKIRKVXT |
| 43 | amazon.com/sp?seller=A20TLY358RVO7D | 44 | amazon.com/sp?seller=A22JXYTDJ0CUSB |
| 45 | amazon.com/sp?seller=A22RPQB5XKE6GH | 46 | amazon.com/sp?seller=A23BS3X5A56SQL |
| 47 | amazon.com/sp?seller=A24BNS785HWHPD | 48 | amazon.com/sp?seller=A24R5YC9OM0WL0 |
| 49 | amazon.com/sp?seller=A255Q65HGH15C4 | 50 | amazon.com/sp?seller=A25AJPGO4R615H |
| 51 | amazon.com/sp?seller=A25DJACBVDOZSU | 52 | amazon.com/sp?seller=A25UPUZHVHARJ9 |
| 53 | amazon.com/sp?seller=A25UWX85F3HLAZ | 54 | amazon.com/sp?seller=A298SE9AZG3NR1 |
| 55 | amazon.com/sp?seller=A2B31WO7XIHX64 | 56 | amazon.com/sp?seller=A2BOTR9U1WFYPB |
| 57 | amazon.com/sp?seller=A2CEOA3FVR8SJI | 58 | amazon.com/sp?seller=A2CUJTYJ5VZSNA |
| 59 | amazon.com/sp?seller=A2EHGFEXUVY62A | 60 | amazon.com/sp?seller=A2G7LN9EKCIX18 |
| 61 | amazon.com/sp?seller=A2GYMO86L5CHD1 | 62 | amazon.com/sp?seller=A2HQVA9IJ23T9Y |
| 63 | amazon.com/sp?seller=A2IOMKZRCNU1F0 | 64 | amazon.com/sp?seller=A2J8OR6IQTXLBJ |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 65 | amazon.com/sp?seller=A2J9D2Q88P441Z | 66 | amazon.com/sp?seller=A2L5R0D98Y3FYV |
| 67 | amazon.com/sp?seller=A2NJVEVV4MS2DY | 68 | amazon.com/sp?seller=A2ON0S6LCM861C |
| 69 | amazon.com/sp?seller=A2TQJM4E4MHWQ9 | 70 | amazon.com/sp?seller=A2USL4IVKZDXJL |
| 71 | amazon.com/sp?seller=A2UVURQSHAUDNH | 72 | amazon.com/sp?seller=A2V6QRK096Y5HO |
| 73 | amazon.com/sp?seller=A2WNYTIFDRXKLL | 74 | amazon.com/sp?seller=A2XLKMNRF80DFD |
| 75 | amazon.com/sp?seller=A2YEU3LJ1T50EK | 76 | amazon.com/sp?seller=A301SSG07EHE9B |
| 77 | amazon.com/sp?seller=A31J3E1LE35E5B | 78 | amazon.com/sp?seller=A32KA383LB6EYP |
| 79 | amazon.com/sp?seller=A332D39ORA1CVG | 80 | amazon.com/sp?seller=A3584K1TCISD5W |
| 81 | amazon.com/sp?seller=A37EVD6LCU6LPS | 82 | amazon.com/sp?seller=A37X2MN5YWOQ22 |
| 83 | amazon.com/sp?seller=A3A5LXVR24FLVR | 84 | amazon.com/sp?seller=A3AANGOODB5711 |
| 85 | amazon.com/sp?seller=A3AFYDXJC5XDRI | 86 | amazon.com/sp?seller=A3D6W016YHRHG |
| 87 | amazon.com/sp?seller=A3DG9ATVD807JN | 88 | amazon.com/sp?seller=A3E43MQ8AR9PW1 |
| 89 | amazon.com/sp?seller=A3GS4Y5M2KO9PR | 90 | amazon.com/sp?seller=A3IIUZL784EOPY |
| 91 | amazon.com/sp?seller=A3KMFBD3FRYBAW | 92 | amazon.com/sp?seller=A3M350LB3MJQE2 |
| 93 | amazon.com/sp?seller=A3NY2TZFTI923R | 94 | amazon.com/sp?seller=A3PFRHR3RMWDDU |
| 95 | amazon.com/sp?seller=A3PTMGIIGT6PPX | 96 | amazon.com/sp?seller=A3PZNRH8JLHO4V |
| 97 | amazon.com/sp?seller=A3QF7M8BVOXGXQ | 98 | amazon.com/sp?seller=A3QI1VJCYTH5LN |
| 99 | amazon.com/sp?seller=A3RG0C9OZ1B75P | 100 | amazon.com/sp?seller=A3S4CBUV8448C6 |
| 101 | amazon.com/sp?seller=A3SJ2V02TM692Z | 102 | amazon.com/sp?seller=A3VFI4VEMOU0NF |
| 103 | amazon.com/sp?seller=A3VXRXUSGB011X | 104 | amazon.com/sp?seller=A429JBETO6XHX |
| 105 | amazon.com/sp?seller=A567EBTFKQJ7T | 106 | amazon.com/sp?seller=A5CE9SNFZYAC9 |
| 107 | amazon.com/sp?seller=A82C1TCGU8H9 | 108 | amazon.com/sp?seller=A8O495G87V17I |
| 109 | amazon.com/sp?seller=AAXO1DLYGTMP7 | 110 | amazon.com/sp?seller=ACKIJPUPNX922 |
| 111 | amazon.com/sp?seller=AD9RGO2MIX399 | 112 | amazon.com/sp?seller=AD9YYRJGCM9O2 |
| 113 | amazon.com/sp?seller=AEBXHWQCHCTA | 114 | amazon.com/sp?seller=AEXIDFHZE7P3W |
| 115 | amazon.com/sp?seller=AGUO9E985JNLA | 116 | amazon.com/sp?seller=AKP8CHIUN7SJJ |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 117 | amazon.com/sp?seller=AMVDISZUNKIGA | 118 | amazon.com/sp?seller=AO9UGGH06W78K |
| 119 | amazon.com/sp?seller=ASB251BGZA08B | 120 | amazon.com/sp?seller=ASQZIW3X54PW4 |
| 121 | amazon.com/sp?seller=AW401HGKLTU3S | 122 | amazon.com/sp?seller=AWB0VANV7R3D |
| 123 | amazon.com/sp?seller=AXK163OA9N6JB | 124 | amazon.com/sp?seller=AYDAQN2HY6Y9O |
| 125 | amazon.com/sp?seller=AZSJ1C2VAULMK | 126 | dhgate.com/store/14378703 |
| 127 | dhgate.com/store/20009452 | 128 | dhgate.com/store/20201968 |
| 129 | dhgate.com/store/20615188 | 130 | dhgate.com/store/21078575 |
| 131 | dhgate.com/store/21225172 | 132 | dhgate.com/store/21579151 |
| 133 | dhgate.com/store/21588891 | 134 | dhgate.com/store/21604327 |
| 135 | dhgate.com/store/21609010 | 136 | dhgate.com/store/21610084 |
| 137 | dhgate.com/store/21636266 | 138 | dhgate.com/store/21636285 |
| 139 | dhgate.com/store/21636286 | 140 | dhgate.com/store/21639004 |
| 141 | dhgate.com/store/21642007 | 142 | dhgate.com/store/21643897 |
| 143 | dhgate.com/store/21643949 | 144 | dhgate.com/store/21648825 |
| 145 | dhgate.com/store/21650252 | 146 | dhgate.com/store/21667299 |
| 147 | dhgate.com/wholesale/products/2c9362ec783fdb65017881988f5c15c4.html | 148 | dhgate.com/wholesale/products/ff8080817769128c01777a45dfeb1e2d.html |
| 149 | dhgate.com/wholesale/products/ff808081783fdddf0178773e75bf0467.html | 150 | ebay.com/usr/blueriverflow |
| 151 | ebay.com/usr/candice_store | 152 | ebay.com/usr/co-space |
| 153 | ebay.com/usr/dream-earth8 | 154 | ebay.com/usr/galleonl16 |
| 155 | ebay.com/usr/king201104 | 156 | ebay.com/usr/top-ydz-lamp |
| 157 | ebay.com/usr/xgbn_store001 | 158 | ebay.com/usr/cheshiji-6 |
| 159 | ebay.com/usr/seeksecond | 160 | ebay.com/usr/cute201010 |
| 161 | ebay.com/usr/alljewelrysupplies | 162 | wish.com/merchant/55eda65bb44ac34237f39707 |
| 163 | wish.com/merchant/5ac5a503a71fbf3f79240428 | 164 | wish.com/merchant/5adf060dddf45b77f03f1060 |
| 165 | wish.com/merchant/5b0a1c2fc721a91ac95f02c0 | 166 | wish.com/merchant/5b122a19daac455d062a048c |
| 167 | wish.com/merchant/5e5e1a903a1820038d9cd023 | 168 | wish.com/merchant/5e5f3ac3a7006c0a00279822 |
| 169 | wish.com/merchant/5e66e89a48b58720494bf243 | 170 | wish.com/merchant/5e670c373cce5a3beff6fca5 |
| 171 | wish.com/merchant/5e670e825a3e1f305a8fa73d | 172 | wish.com/merchant/5e68d40c5c68189ce3cfadaa |
| 173 | wish.com/merchant/5e6b3b733b0da00ac46dfc4b | 174 | wish.com/merchant/5e6cc9ac1061cf7d3454e725 |
| 175 | wish.com/merchant/5e82debc29e78639a75ccd05 | 176 | wish.com/merchant/5e8580c0338f471180a2bd0d |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 177 | wish.com/merchant/5e86d596cdbbb8da22550a0c | 178 | wish.com/merchant/5e8818f0355fe5b5587cda29 |
| 179 | wish.com/merchant/5e8ae33929e78631ee20b1f5 | 180 | wish.com/merchant/5e95637a65a1790e6efc95df |
| 181 | wish.com/merchant/5e98527457aca69da86f8282 | 182 | wish.com/merchant/5e995677e24a0711ecda6bf5 |
| 183 | wish.com/merchant/5e9fe123785c144048cc4ef2 | 184 | wish.com/merchant/5ea015457ad2558146070650 |
| 185 | wish.com/merchant/5ea55db529e7865480f175af | 186 | wish.com/merchant/5eaaf3c2c39bce01a56f5f58 |
| 187 | wish.com/merchant/5eb00b23e3e3ac6389f28f81 | 188 | wish.com/merchant/5f0ec7d360e54d68ffc099c4 |
| 189 | wish.com/merchant/5f3b34f9c5f7a3a16b7d3c2f | 190 | wish.com/merchant/5f61bedc20ce4931dd065f5f |
| 191 | wish.com/merchant/5f69ac3a471217eb6a52ac47 | 192 | wish.com/merchant/5f7c07dee314d89cde01b7ad |
| 193 | wish.com/merchant/5fc758c7ba4411d6eb9ea550 | 194 | wish.com/merchant/5fcf0c9112671149aeb33028 |
| 195 | wish.com/merchant/603c791e27235003b15342fe | 196 | wish.com/merchant/6042f8b5cdfba13a48cbbac9 |
| 197 | wish.com/merchant/60517bb2496e082ce2e96ca7 | 198 | wish.com/merchant/6095f0042bb32e0f14951399 |
| 199 | wish.com/merchant/60af30e412b47d004bdf6022 | | |

16