IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACOM CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, or UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendant. | Case No.: 1:25-cv-014083 <br><br> Judge Sunil R. Harjani <br><br> Magistrate Judge Gabriel A. Fuentes <br><br> JURY TRIAL DEMAND |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff Wacom Co., Ltd. ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on January 27, 2026 ("TRO") [23], by a period of fourteen (14) days until February 24, 2026.

This Court entered the TRO against the Defendant identified on Schedule A to the Verified First Amended Complaint on January 27, 2026. [23]. The TRO expires on February 10, 2026. *Id*. The TRO has been served on third parties providing services for the Defendant. Declaration of Sameeul Haque at ¶ 2. As of February 3, 2026, the third parties have not completed effectuating the TRO. *Id*. Plaintiff plans to move for a preliminary injunction and needs the TRO, including expedited discovery, to be effectuated in order to prevent ongoing harm from Defendant, preserve evidence, and serve Defendant. *Id*.

Pursuant to Federal Rule of Civil Procedure 65, a TRO can be entered for 14 days and can be extended for good cause for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause to extend the TRO because there is a high probability the Defendant will continue to harm Plaintiff without the TRO in place. Specifically, Defendant will likely continue selling infrining goods and damage or destroy evidence. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until February 24, 2026.

DATED: February 3, 2026

Respectfully submitted,

/s/ Sameeul Haque
Sameeul Haque
Haque III Legal Practice,
LLC 205 N. Michigan Ave.,
Ste. 810
Chicago, IL 60601
847.401.6113
samee@h3lp.law

Syed M. Abedi (pro hac vice forthcoming)
Emily M. Ross (pro hac vice forthcoming)
Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel. 206-622-4900
SyedA@seedip.com
Emily.Ross@seedip.com

*Counsel for Plaintiff,*
*Wacom Co., Ltd.*