**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WACOM CO., LTD., | |
| Plaintiff, | **Case No.: 1:25-cv-014083** |
| v. | **Judge Sunil R. Harjani** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, or UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," | **Magistrate Judge Gabriel A. Fuentes** **JURY TRIAL DEMAND** |
| Defendant. | |

<u>**DECLARATION OF SAMEEUL HAQUE**</u>

I, Sameeul Haque, of the City of Chicago, in the State of Illinois, declare and state as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff Wacom Co., Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2.  On February 24, 2026, I sent an electronic message to the email address provided by third-party marketplaces in connection with the Defendant's Seller ID. The list of recipients is also attached hereto as Exhibit A.

3.  Included in my electronic message was a link where copies of the Verified Second Amended Complaint, the Summons, the Temporary Restraining Order, and other relevant documents can be found.

1

4. I did not receive any error or undeliverable address responses from the electronic message I sent to the Defendant's email address.

I declare under penalty of perjury under the laws the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2026, at Chicago, Illinois.

/s/ *Sameeul Haque*
Sameeul Haque

2