# EXHIBIT A

| Def. # | Merchant Alias | Email |
|---|---|---|
| 1 | XENCELABS OFFICIAL US | caude_perron@163vip.com |